IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID E. WATSON, P.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 4:08-CV-00442-RP-CFB |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

The United States of America hereby gives notice that Miranda Bureau is appearing as counsel on behalf of the United States in the above-captioned civil suit. All notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon the undersigned.

Dated this 11th day of December, 2009.

                                                                                      MATTHEW G. WHITAKER
                                                                                      United States Attorney

                                                                                      *s/ Miranda Bureau*
                                                                                      MIRANDA BUREAU
                                                                                      Attorneys for Defendant
                                                                                      Trial Attorney, Tax Division
                                                                                      U.S. Department of Justice
                                                                                      PO Box 7238
                                                                                      Ben Franklin Station
                                                                                      Washington, D.C. 20044
                                                                                      Telephone: (202) 353-9171
                                                                                      Fax: (202) 514-6770
                                                                                      E-mail:Miranda.J.Bureau@usdoj.gov

**Certificate of Service**

  I hereby certify that on December 11, 2009, I filed a true and accurate copy of the foregoing using the Court's ECF system, which will provide notice electronically to Ronald L. Mountsier, Esq., attorney for the Plaintiff and Counterclaim Defendant.

               *s/ Miranda Bureau*
               MIRANDA BUREAU