IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

DAVID E. WATSON, P.C.,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant and Counterclaim Plaintiff,

v.

DAVID E. WATSON, P.C.,

    Counterclaim Defendant.

CASE NO. 4:08-CV-00442-RP-CFB

**DAVID E. WATSON, P.C.'S MOTION FOR SUMMARY JUDGMENT and REQUEST FOR ORAL ARGUMENT**

COMES NOW David E. Watson, P.C. and pursuant to Federal Rule of Civil Procedure 56 and hereby requests that the Court grant it Summary Judgment for the reasons set forth in the Brief filed in support of this Motion.

Respectfully submitted,

**Ronald L. Mountsier**
SMITH, SCHNEIDER, STILES & SERANGELI, P.C.
604 Locust Street, Suite 1000
Des Moines, IA 50309
Phone: 515-245-6789
Fax: 515-244-1328

ATTORNEYS FOR DAVID E. WATSON, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, a true and accurate copy of the foregoing Motion for Summary Judgment and Request for Oral Argument was filed via the court's ECF System, which will provide notice electronically to Robert E. Fay and Miranda Bureau.

| | |
|---|---|
| Mr. Robert E. Fay<br>Trial Attorney, Tax Division<br>U.S. Dept. of Justice, PO Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 305-9209<br>Fax: (202) 514-6770<br>Email: robert.e.fay@usdoj.gov | Ms. Miranda Bureau<br>Trial Attorney, Tax Division<br>U.S. Dept. of Justice<br>PO Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 353-9171<br>Fax: (202) 414-6770<br>Email: Miranda.J.Bureau@usdoj.gov |

_____

X:\Active Client Files\21335 David E. Watson, PC\001 Emp Tax Matter\Pleadings\Motion for Summary Judgment.doc