BENCH TRIAL EXHIBITS LIST

4:08-cv-442

Caption:  David E. Watson, P.C. v. United States of America

..................................................................................................................................

**Joint Exhibits**

|   |   | I | O | Obj | R | RSO | OS | Date |
|---|---|---|---|---|---|---|---|---|
| 1 | Articles of Incorporationof David E. Watson, P.C |   |   |   | X |   |   | PTO |
| 2 | Bylaws of David E. Watson, P.C. |   |   |   | X |   |   | PTO |
| 3 | US responses to requests for admissions |   |   |   | X |   |   | PTO |
| 4 | employment agreement |   |   |   | X |   |   | PTO |
| 5 | 10/1/01 shareholder & board minutes |   |   |   | X |   |   | PTO |
| 6 | 10/7/02 shareholder & board minutes |   |   |   | X |   |   | PTO |
| 7 | 10/6/03 shareholder & board minutes |   |   |   | X |   |   | PTO |
| 8 | 10/6/97 shareholder & board minutes |   |   |   | X |   |   | PTO |
| 9 | 2002 Form 1120S–David E. Watson, P.C. |   |   |   | X |   |   | PTO |
| 10 | 2003 Form 1120S–David E. Watson, P.C. |   |   |   | X |   |   | PTO |
| 12 | 2002 Form 1065–LWBJ |   |   |   | X |   |   | PTO |
| 13 | 2002 Form 1065–LWBJ |   |   |   | X |   |   | PTO |
| 14 | 2002 Summary of David E. Watson, P.C. billing |   |   |   | X |   |   | PTO |
| 15 | 2003 Summary of David E. Watson, P.C. billing |   |   |   | X |   |   | PTO |
| 16 | US responses to 2d request for admissions |   |   |   | X |   |   | PTO |
| 18 | organizational meeting minutes |   |   |   | X |   |   | PTO |
| 19 | 10/2/00 minutes |   |   |   | X |   |   | PTO |
| 20 | LWBJ partnership agreement |   |   |   | X |   |   | PTO |
| 21 | Pl.'s responses to discovery requests |   |   |   | X |   |   | PTO |
| 22 | Certificate of Official Record 3-31-02 |   |   |   | X |   |   | PTO |

| No. | Description | I | O | Obj | R | RSO | OS | |
|---|---|---|---|---|---|---|---|---|
| 23 | Certificate of Official Record 6-30-02 | | | | X | | | PTO |
| 24 | Certificate of Official Record 9-30-02 | | | | X | | | PTO |
| 25 | Certificate of Official Record 12-31-02 | | | | X | | | PTO |
| 26 | Certificate of Official Record 3-31-03 | | | | X | | | PTO |
| 27 | Certificate of Official Record 6-30-03 | | | | X | | | PTO |
| 28 | Certificate of Official Record 9-30-03 | | | | X | | | PTO |
| 29 | Certificate of Official Record 12-31-03 | | | | X | | | PTO |
| 32 | Summary of Employment Tax Examination | | | | X | | | PTO |

I = Identified; O = Offered; Obj = Objection; R = Received; RSO = Received subject to objection; OS = Objection sustained; PTO = admitted by pretrial order